UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES GARY BRUCE,** : | |
| : | CIVIL ACTION NO. 3:22-1972 |
| Petitioner : | |
| : | (JUDGE MANNION) |
| v. : | |
| : | |
| **WARDEN SPAULDING,** : | |
| : | |
| Respondent : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

*signature*
**MALACHY E. MANNION**
United States District Judge

Dated: July //, 2023
22-1972-01-Order